Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com

Attorneys for Defendant
CITY OF BELMONT

Paul L. Rein Esq., SBN 43053
Aaron M. Clefton, Esq., SBN 318680
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
Email: aclefton@reinandclefton.com

Irakli Karabelashvili, Esq., SBN 302971
ALLACCESS LAW GROUP
1400 Coleman Avenue, Suite F28
Santa Clara, Ca 95050
Telephone: (408) 295—0137
Facsimile: (408) 295-0142
Email: Irakle@allaccesslawgroup.com

Attorneys for Plaintiffs
LETICIA CARILLO and ARTURO CARILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CARILLO and ARTURO CARILLO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BELMONT,<br><br>Defendant. | Case No. 4:22-cv-07658-HSG<br><br>**STIPULATION TO EXTEND DEFENDANT CITY OF BELMONT'S TIME TO RESPOND TO COMPLAINT AND TO EXTEND BRIEFING SCHEDULE AND HEARING DATE REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; AND ORDER (as modified)**<br><br>**Hon. Haywood S. Gilliam Jr.** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, and pursuant to Local Rule 6-1, that Defendant CITY OF BELMONT may have an additional fourteen (14) days within which to respond to Plaintiffs' Complaint, filed December 5, 2022 and served

on December 20, 2022. (Dkt. No. 1.) No prior extensions have been obtained by the parties. Defendant's deadline to respond currently is January 10, 2023. Therefore, the last day for the CITY to file a responsive pleading shall be January 24, 2023.

Further, the parties hereby submit this stipulated request to vacate the January 27, 2023 hearing date on Plaintiffs' Motion for Preliminary Injunction and reschedule the hearing date to March 3, 2023, or a date thereafter that is convenient for the Court. The parties further submit this stipulated request to continue the CITY's opposition deadline from January 3, 2023 to January 31, 2023 and to continue Plaintiffs' reply deadline from January 10, 2023 to February 7, 2023. The requested modification to the briefing schedule and hearing date is supported by good cause. First, unless the briefing schedule is modified as requested, the CITY's opposition to the Motion will be due before the CITY's responsive pleading. Second, on December 19, 2022, the CITY informed Plaintiffs that the evaluation of whether the subject ADA parking stalls on 6th Avenue will stay or be removed will take place in September 2023 and that the parking spaces will not be removed before that time. Accordingly, counsel for the parties met and conferred and agreed that the briefing schedule and hearing date on the Motion could be modified to accommodate several scheduling conflicts during the holiday season.

**NOW, THEREFORE,** the parties hereby stipulate that the last day for the CITY to respond to Plaintiffs' Complaint is January 24, 2023.

**NOW, THEREFORE,** the parties hereby submit the instant stipulated request to vacate the January 27, 2023 hearing date on Plaintiffs' Motion for a Preliminary Injunction and continue the hearing date to March 3, 2023, or a date thereafter that is convenient for the Court, and to set the CITY's opposition deadline as January 31, 2023 and Plaintiffs' reply deadline as February 7, 2023.

///

**IT IS SO STIPULATED.**

Dated: December 27, 2022                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                            By:  */s/ Sheila D. Crawford*
                                                 Richard W. Osman
                                                 Sheila D. Crawford
                                                 Attorneys for Defendant
                                                 CITY OF BELMONT

Dated: December 27, 2022                    REIN & CLEFTON, ATTORNEYS AT LAW

                                            By:  */s/ Aaron M. Clefton*
                                                 Paul L. Rein, Esq.
                                                 Aaron M. Clefton, Esq.
                                                 Irakli Karbelashvili, Esq.
                                                 Attorneys for Plaintiffs
                                                 LETICIA CARILLO and ARTURO CARILLO

### ELECTRONIC CASE FILING ATTESTATION

I, Sheila D. Crawford, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: December 27, 2022                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                            */s/ Sheila D. Crawford*
                                            Sheila D. Crawford

---

3

STIPULATION TO EXTEND DEFENDANT CITY OF BELMONT'S TIME TO RESPOND TO COMPLAINT AND TO EXTEND BRIEFING SCHEDULE AND HEARING DATE REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; AND ORDER
*Carillo, et al. v. City of Belmont, Case No.: 4:22-cv-07658-HSG*

**ORDER**

IT IS ORDERED that Defendant CITY OF BELMONT shall file its responsive pleading to Plaintiffs' Complaint on or before January 24, 2023.

IT IS FURTHER ORDERED that the hearing on Plaintiffs' Motion for a Preliminary Injunction is set for March 16, 2023 before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. The CITY's opposition to the Motion shall be due on January 31, 2023 and Plaintiffs' reply, if any, shall be due on February 7, 2023.

Dated: 12/29/2022

**HON. HAYWOOD S. GILLIAM, JR.**
United States District Court Judge