| | |
|---|---|
| Richard W. Osman, State Bar No. 167993<br>Sheila D. Crawford, State Bar No. 278292<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, California 94109<br>(415) 353-0999<br>(415) 353-0990<br>rosman@bfesf.com<br>scrawford@bfesf.com<br><br>Attorneys for Defendant<br>CITY OF BELMONT | Paul L. Rein Esq., SBN 43053<br>Aaron M. Clefton, Esq., SBN 318680<br>REIN & CLEFTON, Attorneys at Law<br>200 Lakeside Drive, Suite A<br>Oakland, CA 94612<br>(510) 832-5001<br>(510) 832-4787<br>aclefton@reinandclefton.com<br><br>Irakli Karabelashvili, Esq., SBN 302971<br>ALLACCESS LAW GROUP<br>1400 Coleman Avenue, Suite F28<br>Santa Clara, Ca 95050<br>(408) 295—0137<br>(408) 295-0142<br>Irakle@allaccesslawgroup.com<br><br>Attorneys for Plaintiffs<br>LETICIA CARILLO and ARTURO CARILLO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CARILLO and ARTURO CARILLO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BELMONT,<br><br>Defendant. | Case No. 4:22-cv-07658-HSG<br><br>**SECOND STIPULATION TO EXTEND DEFENDANT CITY OF BELMONT'S TIME TO RESPOND TO COMPLAINT AND TO EXTEND BRIEFING SCHEDULE AND HEARING DATE REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, and pursuant to Local Rule 6-1, that Defendant CITY OF BELMONT may have an additional thirty (30) days within which to respond to Plaintiffs' Complaint, filed December 5, 2022 and served on

1

SECOND STIPULATION TO EXTEND DEFENDANT CITY OF BELMONT'S TIME TO RESPOND TO COMPLAINT AND TO EXTEND BRIEFING SCHEDULE AND HEARING DATE REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; AND [PROPOSED] ORDER
*Carillo, et al. v. City of Belmont, Case No.: 4:22-cv-07658-HSG*

December 20, 2022. (Dkt. No. 1.) One prior extension has been obtained by the parties. (Dkt. No. 12.) Defendant's deadline to respond currently is January 24, 2023. Therefore, the last day for the CITY to file a responsive pleading shall be February 24, 2023.

Further, the parties hereby submit this stipulated request to vacate the March 16, 2023 hearing date on Plaintiffs' Motion for Preliminary Injunction and reschedule the hearing date to April 16, 2023, or a date thereafter that is convenient for the Court. The parties further submit this stipulated request to continue the CITY's opposition deadline from January 31, 2023 to March 1, 2023 and to continue Plaintiffs' reply deadline from February 7, 2023 to March 7, 2023.

The requested modification to the schedule and hearing date is supported by good cause. On December 19, 2022, the CITY informed Plaintiffs that the evaluation of whether the subject ADA parking stalls on 6th Avenue will stay or be removed will take place in September 2023 and that the parking spaces will not be removed before that time. Accordingly, counsel for the parties met and conferred and agreed that the responsive pleading and Motion briefing could be modified to accommodate scheduling conflicts and to provide time for the parties to discuss resolution.

**NOW, THEREFORE,** the parties hereby stipulate that the last day for the CITY to respond to Plaintiffs' Complaint is February 24, 2023.

**NOW, THEREFORE,** the parties hereby submit the instant stipulated request to vacate the March 16, 2023 hearing date on Plaintiffs' Motion for a Preliminary Injunction and continue the hearing date to April 16, 2023, or a date thereafter that is convenient for the Court, and to set the CITY's opposition deadline as March 1, 2023 and Plaintiffs' reply deadline as March 7, 2023.

///

2

SECOND STIPULATION TO EXTEND DEFENDANT CITY OF BELMONT'S TIME TO RESPOND TO COMPLAINT AND TO EXTEND BRIEFING SCHEDULE AND HEARING DATE REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; AND ORDER
*Carillo, et al. v. City of Belmont*, Case No.: 4:22-cv-07658-HSG

**IT IS SO STIPULATED.**

Dated: January 20, 2023           BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                  By:  */s/ Sheila D. Crawford*
                                       Richard W. Osman
                                       Sheila D. Crawford
                                       Attorneys for Defendant
                                       CITY OF BELMONT

Dated: January 20, 2023           REIN & CLEFTON, ATTORNEYS AT LAW

                                  By:  */s/ Aaron M. Clefton*
                                       Paul L. Rein, Esq.
                                       Aaron M. Clefton, Esq.
                                       Irakli Karbelashvili, Esq.
                                       Attorneys for Plaintiffs
                                       LETICIA CARILLO and ARTURO CARILLO

## **ELECTRONIC CASE FILING ATTESTATION**

I, Sheila D. Crawford, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: January 20, 2023           BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                  */s/ Sheila D. Crawford*
                                  Sheila D. Crawford

3

SECOND STIPULATION TO EXTEND DEFENDANT CITY OF BELMONT'S TIME TO RESPOND TO COMPLAINT AND TO EXTEND BRIEFING SCHEDULE AND HEARING DATE REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; AND ORDER
*Carillo, et al. v. City of Belmont, Case No.: 4:22-cv-07658-HSG*

**ORDER**

IT IS ORDERED that Defendant CITY OF BELMONT shall file its responsive pleading to Plaintiffs' Complaint on or before February 24, 2023.

IT IS FURTHER ORDERED that the March 16, 2023, hearing on Plaintiffs' Motion for a Preliminary Injunction is vacated and continued to April 20, 2023 at 2:00 p.m. The CITY's opposition to the Motion shall be due on March 1, 2023, and Plaintiffs' reply, if any, shall be due on March 7, 2023.

Dated: 1/23/2023

*Haywood S. Gill, Jr.*
United States District Court Judge

4

SECOND STIPULATION TO EXTEND DEFENDANT CITY OF BELMONT'S TIME TO RESPOND TO COMPLAINT AND TO EXTEND BRIEFING SCHEDULE AND HEARING DATE REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; AND ORDER
*Carillo, et al. v. City of Belmont, Case No.: 4:22-cv-07658-HSG*