Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No.  278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
           scrawford@bfesf.com

Attorneys for Defendant
CITY OF BELMONT

Paul L. Rein Esq., SBN 43053
Aaron M. Clefton, Esq., SBN 318680
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
Email: aclefton@reinandclefton.com

Irakli Karabelashvili, Esq., SBN 302971
ALLACCESS LAW GROUP
1400 Coleman Avenue, Suite F28
Santa Clara, Ca 95050
Telephone: (408) 295—0137
Facsimile: (408) 295-0142
Email: Irakle@allaccesslawgroup.com

Attorneys for Plaintiffs
LETICIA CARILLO and ARTURO CARILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CARILLO and ARTURO CARILLO,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF BELMONT,<br><br>    Defendant. | Case No. 4:22-cv-07658-HSG<br><br>**THIRD STIPULATION TO EXTEND DEFENDANT CITY OF BELMONT'S TIME TO RESPOND TO COMPLAINT AND TO EXTEND BRIEFING SCHEDULE AND HEARING DATE REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, and pursuant to Local Rule 6-1, that Defendant CITY OF BELMONT may have an additional thirty (30) days within which to respond to Plaintiffs' Complaint, filed December 5, 2022 and served on December 20, 2022. (Dkt. No. 1.) Two prior extensions have been obtained by the parties. (Dkt. Nos. 12

and 17.) Defendant's deadline to respond currently is February 24, 2023. Therefore, the last day for the CITY to file a responsive pleading shall be March 24, 2023.

Further, the parties hereby submit this stipulated request to vacate the April 20, 2023 hearing date on Plaintiffs' Motion for Preliminary Injunction and reschedule the hearing date to May 20, 2023, or a date thereafter that is convenient for the Court. The parties further submit this stipulated request to continue the CITY's opposition deadline from March 1, 2023 to May 1, 2023 and to continue Plaintiffs' reply deadline from March 7, 2023 to May 7, 2023.

The requested modification to the schedule and hearing date is supported by good cause. On December 19, 2022, the CITY informed Plaintiffs that the evaluation of whether the subject ADA parking stalls on 6th Avenue will stay or be removed will take place in September 2023 and that the parking spaces will not be removed before that time. Furthermore, the parties are in the process of finalizing terms of resolution and need additional time to do so.

**NOW, THEREFORE,** the parties hereby stipulate that the last day for the CITY to respond to Plaintiffs' Complaint is March 24, 2023.

**NOW, THEREFORE,** the parties hereby submit the instant stipulated request to vacate the April 20, 2023 hearing date on Plaintiffs' Motion for a Preliminary Injunction and continue the hearing date to May 20, 2023, or a date thereafter that is convenient for the Court, and to set the CITY's opposition deadline as May 1, 2023 and Plaintiffs' reply deadline as May 7, 2023.

**IT IS SO STIPULATED.**

Dated: February 17, 2023                               BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                   By:  /s/ Sheila D. Crawford
                                                        Richard W. Osman
                                                        Sheila D. Crawford
                                                        Attorneys for Defendant
                                                        CITY OF BELMONT

Dated: February 17, 2023					REIN & CLEFTON, ATTORNEYS AT LAW

						By:	*/s/ Aaron M. Clefton*
							Paul L. Rein, Esq.
							Aaron M. Clefton, Esq.
							Irakli Karbelashvili, Esq.
							Attorneys for Plaintiffs
							LETICIA CARILLO and ARTURO CARILLO

### ELECTRONIC CASE FILING ATTESTATION

I, Sheila D. Crawford, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: February 17, 2023			BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

						*/s/ Sheila D. Crawford*
						Sheila D. Crawford

3

THIRD STIPULATION TO EXTEND DEFENDANT CITY OF BELMONT'S TIME TO RESPOND TO COMPLAINT AND TO EXTEND BRIEFING SCHEDULE AND HEARING DATE REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; AND ORDER
*Carillo, et al. v. City of Belmont*, Case No.: 4:22-cv-07658-HSG

**ORDER**

IT IS ORDERED that Defendant CITY OF BELMONT shall file its responsive pleading to Plaintiffs' Complaint on or before March 24, 2023.

IT IS FURTHER ORDERED that the April 20, 2023 hearing on Plaintiffs' Motion for a Preliminary Injunction is vacated and continued to _____. The CITY's opposition to the Motion shall be due on _____ and Plaintiffs' reply, if any, shall be due on _____.

Dated:   2/21/2023

_____
Judge Haywood S. Gilliam Jr.

**DENIED**
Judge Haywood S. Gilliam Jr.
(United States District Court, Northern District of California seal)

4

THIRD STIPULATION TO EXTEND DEFENDANT CITY OF BELMONT'S TIME TO RESPOND TO COMPLAINT AND TO EXTEND BRIEFING SCHEDULE AND HEARING DATE REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; AND ORDER
*Carillo, et al. v. City of Belmont*, Case No.: 4:22-cv-07658-HSG