UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CARRILLO and ARTURO, <br><br>Plaintiff(s)<br><br>v.<br><br>CITY OF BELMONT ,<br><br>Defendant(s) | Case No. C 4:22-cv-07658-HSG <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __90__ days.

Date:  February 22, 2023

Signed: /s/ Aaron Clefton
             Attorney for Plaintiff(s)

Signed: /s/ Sheila Crawford
             Attorney for Defendant(s)

Signed: _____
             Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*